| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jessica Ann Berry, Esq. (Bar No. 029912007)<br>Greenspoon Marder LLP<br>100 West Cypress Creek Rd., Suite 700<br>Fort Lauderdale, FL  33309<br>TEL. (888)491-1120<br>FAX (954) 3436982<br>bankruptcy@gmlaw.com<br><br>Attorney for  Teachers Federal Credit Union |

| | |
|---|---|
| In Re:<br><br>Marisol Lee Sheppard<br><br>Debtor. | Case No.:    23-14723-ABA<br>Chapter:    13 |

## REQUEST OF TEACHERS FEDERAL CREDIT UNION
## FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P.2002(g)

Jessica Ann Berry, Esq., of Greenspoon Marder LLP, hereby appears as attorney of record for Teachers Federal Credit Union, in connection with the above captioned proceeding, and requests that the Clerk, pursuant to Federal R. Bank. P. 2002(g), add the undersigned to the mailing matrix for the case and requests that all notices, pleadings and papers which must be served to creditors, any creditor's committees, and any other parties-in-interest, whether sent by the Court, Debtor, or any other party in the case, be sent to the undersigned at the following address:

    Greenspoon Marder LLP
    100 West Cypress Creek Rd., Suite 700
    Fort Lauderdale, FL  33309
    Email address: bankruptcy@gmlaw.com

I HEREBY CERTIFY that on this 23rd day of June 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

By: /s/ Jessica Ann Berry
Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
TEL. (888) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

*Debtor*
**Marisol Lee Sheppard**
2229 East Main Street
Millville, NJ 08332

*Attorney for Debtor*
**Jeffrey E. Jenkins**
Jenkins Law Group
412 White Horse Pike
Audubon, NJ 08106

*Trustee*
**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102