Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−14723−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marisol Lee Sheppard
   dba Our Family Creation
   2229 East Main Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−1480

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             8/9/23
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 27, 2023
JAN: eag

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Marisol Lee Sheppard  
    Debtor

Case No. 23-14723-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jun 27, 2023     Form ID: 132     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marisol Lee Sheppard, 2229 East Main Street, Millville, NJ 08332-3612 |
| 519956457 | + | Atlantic City Electric, 542 S. Broadway, Pennsville, NJ 08070-2607 |
| 519956459 | + | Edward Appel, Esq., 3 S. Broad Street, Suite 213, Woodbury, NJ 08096-4627 |
| 519933692 | ++ | JENKINS LAW GROUP, ATTN JEFFREY JENKINS, 412 S WHITE HORSE PIKE, AUDUBON NJ 08106-1311 address filed with court:, Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519933695 | | Nationstar Mortgage, 8950 Cypress Waters Blvd, Dallas TX 75063 |
| 519933696 | + | Primary Office, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 27 2023 21:11:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519933684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 21:09:50 | Best BuyCBNA, 5800 South Corporate Place, Sioux Falls SD 57108-5027 |
| 519933685 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2023 21:21:57 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519933686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2023 21:22:07 | Capital OneWalmart, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519933687 | ^ | MEBN | Jun 27 2023 21:04:44 | Comenity Capital BankBOSC, 3095 Loyalty Circle Building A, Columbus OH 43219-3673 |
| 519933688 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2023 21:09:46 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 519933689 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2023 21:21:31 | Dept of EdAidvantage, PO Box 9635, Wilkes Barre PA 18773-9635 |
| 519933690 | | Email/Text: BNSFS@capitalsvcs.com | Jun 27 2023 21:11:00 | First Savings Credit Card, 1500 S Highline Ave, Sioux Falls SD 57110 |
| 519933691 | ^ | MEBN | Jun 27 2023 21:05:12 | Great American Finance Holdings LLC, 200 S Michigan Ave, Chicago IL 60604-2400 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519956456 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2023 21:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519933692 | | Email/Text: mail@jjenkinslawgroup.com | Jun 27 2023 21:12:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519933693 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2023 21:21:38 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519933694 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2023 21:11:00 | Kohls Department Store, PO Box 3115, Milwaukee WI 53201-3115 |
| 519941644 | + | Email/Text: RASEBN@raslg.com | Jun 27 2023 21:11:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519933697 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 21:21:34 | SYNCBLowes, PO Box 965005, Orlando FL 32896-5005 |
| 519933698 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 21:22:02 | SYNCBPPC, PO Box 965005, Orlando FL 32896-5005 |
| 519933699 | + | Email/Text: Bankruptcy@teachersfcu.org | Jun 27 2023 21:12:00 | Teachers FCU, 102 Motor Parkway, Hauppauge NY 11788-5109 |
| 519954220 | + | Email/Text: Bankruptcy@teachersfcu.org | Jun 27 2023 21:12:00 | Teachers Federal Credit Union, P.O.Box 9005, Smithtown, NY 11787-9005 |
| 519933700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 21:21:34 | The Home DepotCBNA, 5800 South Corporate Place, Sioux Falls SD 57108-5027 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Teachers Federal Credit Union, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Jun 27, 2023 Form ID: 132 Total Noticed: 26

Jeffrey E. Jenkins
        on behalf of Debtor Marisol Lee Sheppard mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Jessica Ann Berry
        on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com

Kimberly A. Wilson
        on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6