Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  23−14723−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

　　Marisol Lee Sheppard
　　dba Our Family Creation
　　2229 East Main Street
　　Millville, NJ 08332

Social Security No.:
　　xxx−xx−1480

Employer's Tax I.D. No.:

---

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule on N/A or to the List of Creditors on June 26, 2023 , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

　　1.　　A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

　　2.　　In a Chapter 11 case:

　　　　a)　　a copy of the last modified plan and disclosure statement, if any, and

　　　　b)　　a copy of any order approving the adequacy of the disclosure statement
　　　　and/or the scheduling of the plan for confirmation.

　　3.　　In a Chapter 12 or Chapter 13 case:

　　　　a)　　a copy of the Notice of Hearing on Confirmation of Plan, if any, and

　　　　b)　　a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

　　1.　　until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

　　2.　　until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: June 27, 2023
JAN: eag

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 23-14723-ABA

Marisol Lee Sheppard                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: oresadoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marisol Lee Sheppard, 2229 East Main Street, Millville, NJ 08332-3612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023                    Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Marisol Lee Sheppard mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jessica Ann Berry | |

on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com

Kimberly A. Wilson

on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6