Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23–14723–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marisol Lee Sheppard
    dba Our Family Creation
    2229 East Main Street
    Millville, NJ 08332

Social Security No.:
    xxx–xx–1480

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 29, 2024.

Dated: March 1, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 23-14723-ABA |
|---|---|---|
| Marisol Lee Sheppard | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marisol Lee Sheppard, 2229 East Main Street, Millville, NJ 08332-3612 |
| cr | + | Teachers Federal Credit Union, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |
| 519956457 | + | Atlantic City Electric, 542 S. Broadway, Pennsville, NJ 08070-2607 |
| 520037218 | | Clicklease LLC, 1182W 2400 S, West Valley City, Utah 84119 |
| 519956459 | + | Edward Appel, Esq., 3 S. Broad Street, Suite 213, Woodbury, NJ 08096-4627 |
| 519933695 | | Nationstar Mortgage, 8950 Cypress Waters Blvd, Dallas TX 75063 |
| 519933696 | + | Primary Office, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519988367 | + | RETAIL RECOVERY SVC OF NJ INC a/s/o FINGERHUT, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4673 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 01 2024 21:38:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519992434 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 01 2024 21:48:58 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 519933684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:28 | Best BuyCBNA, 5800 South Corporate Place, Sioux Falls SD 57108-5027 |
| 519933685 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 21:48:57 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519970358 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 21:48:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519933686 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 22:06:04 | Capital OneWalmart, PO Box 31293, Salt Lake City UT 84131-0293 |
| 520037251 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2024 21:48:52 | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519933687 | ^ | MEBN | Mar 01 2024 21:31:41 | Comenity Capital BankBOSC, 3095 Loyalty Circle Building A, Columbus OH 43219-3673 |
| 519933688 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2024 21:48:20 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 519933689 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 39

| | | Mar 01 2024 21:48:35 | Dept of EdAidvantage, PO Box 9635, Wilkes Barre PA 18773-9635 |
|---|---|---|---|
| 519933690 | Email/Text: BNSFS@capitalsvcs.com | Mar 01 2024 21:38:00 | First Savings Credit Card, 1500 S Highline Ave, Sioux Falls SD 57110 |
| 519933691 | ^ MEBN | Mar 01 2024 21:29:54 | Great American Finance Holdings LLC, 200 S Michigan Ave, Chicago IL 60604-2400 |
| 519956456 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2024 21:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519992614 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 21:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519933692 | Email/Text: mail@jjenkinslawgroup.com | Mar 01 2024 21:39:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519933693 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2024 21:48:28 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519971488 | + Email/Text: RASEBN@raslg.com | Mar 01 2024 21:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519933694 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2024 21:38:00 | Kohls Department Store, PO Box 3115, Milwaukee WI 53201-3115 |
| 519974482 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 21:48:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519994177 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 21:38:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519941644 | + Email/Text: RASEBN@raslg.com | Mar 01 2024 21:38:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519993850 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:20 | Portfolio Recovery Associates, LLC, C/O BEST BUY, POB 41067, Norfolk VA 23541 |
| 519993855 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:20 | Portfolio Recovery Associates, LLC, C/O THE HOME DEPOT, POB 41067, Norfolk VA 23541 |
| 519988366 | + Email/Text: ecourts.col_efilings@fskslaw.com | Mar 01 2024 21:38:00 | Philip A. Kahn, Esq., C/O Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519933697 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:58 | SYNCBLowes, PO Box 965005, Orlando FL 32896-5005 |
| 519933698 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 21:48:55 | SYNCBPPC, PO Box 965005, Orlando FL 32896-5005 |
| 519933699 | + Email/Text: Bankruptcy@teachersfcu.org | Mar 01 2024 21:39:00 | Teachers FCU, 102 Motor Parkway, Hauppauge NY 11788-5109 |
| 519954220 | + Email/Text: Bankruptcy@teachersfcu.org | Mar 01 2024 21:39:00 | Teachers Federal Credit Union, P.O.Box 9005, Smithtown, NY 11787-9005 |
| 519933700 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:56 | The Home DepotCBNA, 5800 South Corporate Place, Sioux Falls SD 57108-5027 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-1                    User: admin                                    Page 3 of 3
Date Rcvd: Mar 01, 2024                 Form ID: plncf13                          Total Noticed: 39

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Marisol Lee Sheppard mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Jessica Ann Berry | on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6