**FSKS**

FEIN SUCH KAHN & SHEPARD P.C.

6 CAMPUS DRIVE, SUITE 304
PARSIPPANY, NJ 07054
www.fskslaw.com



FILED
JEANNE A. NAUGHTON, CLERK
JUL 01 2024
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____
TELEPHONE: (973) 538-4700
FACSIMILE: (973) 644-3287

June 26, 2024

US Bankruptcy Court
US Post Office and Courthouse
401 Market Street
Camden NJ 08101

Re: RETAIL RECOVERY SVC OF NJ INC a/s/o FINGERHUT
vs. Marisol Sheppard
Case # 23-14723
Claim #8
Docket No.: DC-000130-18
Our File No.: RR204130

Please be advised that our office's mailing address has changed.

Please send all future payment(s) to:

FEIN SUCH KAHN & SHEPARD, P.C.
6 CAMPUS DRIVE, SUITE 304
PARSIPPANY, NJ 07054

This communication is from a debt collector.

FEIN, SUCH, KAHN & SHEPARD, P.C.

David J. Levine

FEIN, SUCH, KAHN & SHEPARD, P.C.
COUNSELLORS AT LAW
6 CAMPUS DRIVE
SUITE 304
PARSIPPANY, NEW JERSEY 07054

ADDRESS SERVICE REQUESTED



US Bankruptcy Court
US Post Office and Courthouse
401 Market Street
Camden NJ 08101

DV DANIELS NJ 070
26 JUN 2024 PM 8

quadient
FIRST-CLASS MAIL
IMI
$000.64
06/26/2024 ZIP 07054
043M31252525

US POSTAGE